**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KENNETH G. FRIZZELL, III,<br><br>Plaintiff,<br><br>v.<br><br>JANICE E. SMITH, *et al.*,<br><br>Defendants. | Case No. 2:14-CV-01531-APG-VCF<br><br>**ORDER**<br><br>(Dkt. #8) |

In light of Plaintiff's Amended Motion for Preliminary Injunction (Dkt. #15),

IT IS ORDERED that Plaintiff's initial Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction (Dkt. #8) is DENIED as moot.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE