LAW OFFICES OF JOHN BENEDICT
John Benedict, Esq.
Nevada Bar No. 005581
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile:  (702) 361-3685
Email: john.benedict.esq@gmail.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*************************

| | |
|---|---|
| LLOYD BROOKS COMPTON, an individual; GEORGE GATCHIS, an individual and agent of KATINA GATCHIS; KATINA GATCHIS, an individual,<br><br>            Plaintiffs,<br><br>      vs.<br><br>KENNETH FRIZZELL, an individual; DOES I through X, inclusive; and ROE CORPORATIONS through X, inclusive,<br><br>            Defendants. | CASE NO.: 2:14-cv-01531-APG-VCF<br><br>[Consolidated with Case No.  2:14-cv-1740]<br><br><br><br>**SUBSTITUTION OF ATTORNEY** |

John Benedict, of the Law Offices of John Benedict, does hereby agree to be substituted in the place of Matthew Q. Callister, Esq., of Callister & Associates, as attorney for Plaintiff

//

//

1  George Gatchis in the above-entitled matter.

2  DATED this 19th day of December, 2014.

LAW OFFICES OF JOHN BENEDICT

By: _____
John Benedict, Esq.
Nevada Bar No. 005581
2190 East Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com
Attorney for Plaintiffs

Matthew Q. Callister, Esq., of Callister & Associates, does hereby consent to the substitution of John Benedict, Esq., of the Law Offices of John Benedict, as attorney for Plaintiff George Gatchis in the above-entitled matter.

DATED this 15 day of December, 2014.

CALLISTER & ASSOCIATES

By: _____
Matthew Q. Callister, Esq.
Nevada Bar No. 1396
823 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Email: mqc@call-law.com

George Gatchis does hereby consent to the substitution of John Benedict, does hereby agree to be substituted in the place of Matthew Q. Callister, Esq., of Callister & Associates, as their attorney of record in this action.

DATED this 12th day of December, 2014.

By: _____
George Gatchis

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: __January 27, 2015__

Page 2 of 2