1  LAW OFFICES OF JOHN BENEDICT
   John Benedict, Esq.
2  Nevada Bar No. 005581
   Brian R. Dziminski, Esq.
3  Nevada Bar No. 008436
4  2190 E. Pebble Road, Suite 260
   Las Vegas, Nevada 89123
5  Telephone: (702) 333-3770
   Facsimile: (702) 361-3685
6  Email: john.benedict.law@gmail.com
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT
9                  DISTRICT OF NEVADA
                 ***************************
10

11 | LAW OFFICES OF KENNETH G. FRIZZELL, ) CASE NO.:  2:14-cv-01531-APG-VCF
   | IIC, INC., a Nevada Corporation,     )
12 |                                       ) [Consolidated with Case No. 2:14-cv-1740]
   |          Plaintiffs,                  )
13 |                                       )
   |     vs.                               )
14 |                                       )
   | JANICE SMITH, an individual d/b/a THE )
15 | LAW OFFICE OF JANNICE E. SMITH;       ) SUBSTITUTION OF ATTORNEY
   | LLOYD BROOKS COMPTON, an individual;  )
16 | and JOHN DOES 1-10,                   )
   |                                       )
17 |          Defendants.                  )        **ORDER**
   |                                       )
18 | AND RELATED COUNTER-COMPLAINT         )
   | AND THIRD PARTY COMPLAINT             )
19 |                                       )
   |                                       )
20 | LLOYD BROOKS COMPTON, an individual;  )
   | GEORGE GATCHIS, an individual and agent)
21 | of KATINA GATCHIS; KATINA GATCHIS,    )
   | an individual,                         )
22 |                                       )
   |          Plaintiffs,                  )
23 |                                       )
   |     vs.                               )
24 |                                       )
   | KENNETH G. FRIZZELL III, an individual;)
25 | DOES I through X, inclusive; and ROE   )
   | CORPORATIONS I through X, inclusive,  )
26 |                                       )
   |          Defendants..                 )
27

28

1  John Benedict, of the Law Offices of John Benedict, does hereby agree to be substituted in
2  the place of Matthew Q. Callister, Esq., of Callister & Associates, as attorney for Plaintiff Katina
3  Gatchis in the above-entitled matter.
4  DATED this ___ day of January, 2015.

LAW OFFICES OF JOHN BENEDICT

By: _____
John Benedict, Esq.
Nevada Bar No. 005581
2190 East Pebble Road, Suite 260
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Facsimile: (702) 361-3685
Email: john.benedict.esq@gmail.com
Attorney for Plaintiffs

13  Matthew Q. Callister, Esq., of Callister & Associates, does hereby consent to the
14  substitution of John Benedict, Esq., of the Law Offices of John Benedict, as attorney for Plaintiff
15  Katina Gatchis in the above-entitled matter.
16  DATED this 2 day of February, 2015.

CALLISTER & ASSOCIATES

By: _____
Matthew Q. Callister, Esq.
Nevada Bar No. 1396
823 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Email: mqc@call-law.com

/ /

/ /

/ /

Katina Gatchis does hereby consent to the substitution of John Benedict, does hereby agree to be substituted in the place of Matthew Q. Callister, Esq., of Callister & Associates, as their attorney of record in this action.

DATED this 29th day of January, 2015.

By: _____
Katina Gatchis

**IT IS SO ORDERED.**

Dated:  February 2, 2015.

_____
UNITED STATES DISTRICT JUDGE