Mark G. Tratos
Nevada Bar No. 1086
Nancy R. Ayala
Nevada Bar No. 7146
Bethany L. Rabe
Nevada Bar No. 11691
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Emails:  tratosm@gtlaw.com
ayalan@gtlaw.com; rabeb@gtlaw.com

*Counsel for Defendant, Counter-Claimant and Third-Party Plaintiff Lloyd Brooks Compton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAW OFFICES OF KENNETH G. FRIZZELL, III, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>– vs. –<br><br>JANICE SMITH, an individual d/b/a THE LAW OFFICE OF JANICE E. SMITH; LLOYD BROOKS COMPTON, an individual; and JOHN DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTER-COMPLAINT AND THIRD-PARTY COMPLAINT<hr>LLOYD BROOKS COMPTON, an individual; GEORGE GATCHIS, an individual and agent of KATINA GATCHIS; KATINA GATCHIS, an individual,<br><br>Plaintiffs,<br>-vs.-<br><br>KENNETH G. FRIZZELL III, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.    2:14-cv-01531-GMN-VCF<br><br>[Consolidated with Case No. 2:14-cv-01740]<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS GEORGE GATCHIS AND KATINA GATCHIS' MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT AND ORDER THEREON** |

1

Pursuant to Federal Rule of Civil Procedure 6, the above-identified parties, by and through their counsels of record, hereby agree and stipulate that the time for Plaintiff Lloyd Brooks Compton to file his response to Plaintiffs' George and Katina Gatchis' motion for leave to amend to file their second amended complaint shall be extended from its current date of June 25, 2015 to September 4, 2015.

The parties make this request in good faith, and this Court has good cause to grant the extension. The parties held a settlement conference on June 10, 2015, and—although the parties were unable to reach an agreement—a resolution seems possible. Thus, the Magistrate Judge, upon all parties' agreement, continued the June 10th settlement conference to August 19, 2015. If the parties do not reach an agreement then, the parties agree that sixteen (16) days from the August 19th settlement conference (September 4, 2015) is an adequate amount of time for Compton to respond to George and Katina Gatchis' motion for leave to file their second amended complaint. Accordingly, the parties identified below request this Court to grant the stipulated motion to extend time.

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

| Dated this 12th day of June, 2015. | Dated this 12th day of June, 2015. |
|---|---|
| GREENBERG TRAURIG, LLP | LAW OFFICES OF JOHN BENEDICT |
|    */s/ Nancy R. Ayala* |    */s/ John Benedict* |
| Mark G. Tratos (Nevada Bar No. 1086) | John Benedict (Nevada Bar No. 5581) |
| Nancy R. Ayala (Nevada Bar No. 7146) | Brian R. Dziminski (Nevada Bar No. 8436) |
| Bethany L. Rabe (Nevada Bar No. 11691) | 2190 East Pebble Road |
| 3773 Howard Hughes Parkway | Suite 260 |
| Suite 400 North | Las Vegas, Nevada 89123 |
| Las Vegas, Nevada 89169 | *Counsel for George Gatchis and Katina Gatchis* |
| *Counsel for Lloyd Brooks Compton* | |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 06/16/2015.

2