MARC S. CWIK, ESQ.
Nevada Bar No. 006946
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH:   702.893.3383
FAX: 702.893.3789
E-Mail: Marc.Cwik@lewisbrisbois.com
E-Mail: Cheryl.Grames@lewisbrisbois.com
*Attorneys for Defendant*
KENNETH G. FRIZZELL, III

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAW OFFICES OF KENNETH G. FRIZZELL, III, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JANICE E. SMITH, an individual d/b/a THE LAW OFFICE OF JANICE E. SMITH; LLOYD BROOKS COMPTON, an individual; and JOHN DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTER-COMPLAINT AND THIRD-PARTY COMPLAINT | CASE NO. 2:14-cv-1531-GMN-VCF<br><br>(Consolidated with CASE NO. 2:14-cv-1740-GMN-VCF)<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**<br><br>**(FIRST REQUEST)** |
| LLOYD BROOKS COMPTON, an individual; GEORGE GATCHIS, an individual and agent of KATINA GATCHIS; KATINA GATCHIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH G. FRIZZELL, III, an individual; DOES 1 through X, inclusive; and ROE CORPORATIONS 1 through X, inclusive,<br><br>Defendants. | |

4821-4396-8293.1

COME NOW, Plaintiff/Counter-Defendant Law Offices of Kenneth G. Frizzell, III, Inc., Defendant/Third-Party Defendant Kenneth G. Frizzell, III, Esq., Plaintiff/Defendant/Counterclaimant/Third Party Plaintiff Lloyd Brooks Compton ("Mr. Compton"), and Plaintiffs George and Katina Gatchis (collectively, the "Parties"), by and through their respective counsel of record in the above-captioned matters (hereinafter the "Consolidated Action"); and hereby stipulate and agree, pursuant to LR 6-2 and LR 26-4, and as discussed by the Parties and their counsel at the conclusion of the Settlement Conference with U.S. Magistrate Judge Cam Ferenbach on June 10, 2015 (Day No. 1), to extend the Discovery Plan and Scheduling Order deadlines in this matter for at least ninety days after Day No. 2 of the Settlement Conference (currently scheduled for August 19, 2015).[1] This stipulation is also consistent with the Order on Motion to Extend Time for Response to the Motion to Amend Complaint [see Dkt. No. 56], which was granted by the Court on June 17, 2015 and which set responses due by September 4, 2015.

**Pursuant to LR 26-4(a), the following discovery has been completed:**

1. The Parties timely served their FRCP 26 Initial Disclosures.

2. On February 26, 2015, Mr. Frizzell served Plaintiff George Gatchis with a Demand for Inspection Pursuant to FRCP 34 regarding client files and other documents that Mr. Frizzell contends Mr. Gatchis removed or caused to be removed from Mr. Frizzell's law offices from January 1, 2014 to the time of service of the Demand.[2]

3. On April 3, 2015, Plaintiff/Defendant/Counterclaimant/Third-Party Plaintiff Lloyd Brooks Compton ("Mr. Compton") served Requests for Admission and Requests for Production on the Law Offices of Kenneth G. Frizzell, III, Inc. and on Kenneth G. Frizzell, III, Esq.

---

[1] Defendant Janice E. Smith, Esq. has not yet entered an appearance in this matter, but has informed the Parties she has no objection to this Stipulation.

[2] Mr. Gatchis and Mr. Frizzell have been engaged in ongoing discussions to resolve this issue.

4. On May 6, 2015, the Law Offices of Kenneth G. Frizzell, III, Inc. and Kenneth G. Frizzell, III, Esq. timely served their Responses to Mr. Compton's Requests for Admission.

5. On May 15, 2015, the Law Offices of Kenneth G. Frizzell, III, Inc. and Kenneth G. Frizzell, III, Esq. timely served their Responses to Mr. Compton's Requests for Production.

6. On May 15, 2015, the Law Offices of Kenneth G. Frizzell, III, Inc. and Kenneth G. Frizzell, III, Esq. served on all parties a Joint Supplement (First) to Their FRCP Initial Disclosures.

7. On June 4, 2015, Plaintiffs George and Katina Gatchis served their First Supplement to their FRCP 26 Initial Disclosures.

8. On June 15, 2015, Plaintiffs George and Katina Gatchis served their Second Supplement to their FRCP 26 Initial Disclosures.

**Pursuant to LR 26-4(b), the following discovery remains to be completed:**

1. Additional written discovery remains to be completed by the Parties, including: Interrogatories, Requests for Production of Documents, and Requests for Admissions.

2. Depositions of party, fact, and expert witnesses remain to be completed.

3. Expert (initial and rebuttal) disclosures remain to be completed.

**Pursuant to LR 26-4(c), the reasons that the remaining discovery was not completed within the time limits set by the discovery plan are as follows:**

As the Court is aware, the Parties scheduled an early Settlement Conference with Judge Cam Ferenbach [see Dkt. No. 50 and Dkt. No. 52], which was held on June 10, 2015 (Day No. 1) to determine if early resolution of this Consolidated Action could be reached without the Parties having to incur the extensive costs expected to litigate their disputes, to wit: (1) large and labor-intensive productions of documents, (2) numerous depositions of fact witnesses, (3) expert witness discovery, which involves the preparation of reports and disclosures, as well as depositions; and (4) expected

4821-4396-8293.1

substantial motion practice and pre-trial preparation.

Since the Parties believed they made progress on Day No. 1 of the Settlement Conference, with the permission of Judge Ferenbach, they agreed to continue the Settlement Conference to a second day (currently scheduled for August 19, 2015) [*see* Dkt. No. 54]. Per discussions with Judge Ferenbach at the conclusion of Day No. 1, the Parties agreed that good cause exists to extend current deadlines to accommodate the second day of the Settlement Conference, and the Parties acknowledged that discovery will need to proceed forthwith if Day No. 2 is not successful at resolving the Consolidated Action. Therefore, the Parties, for good cause, enter into this Stipulation to extend current deadlines, and understand they may still conduct discovery prior to Day No. 2 of the Settlement Conference.

**Pursuant to LR 26(d), the proposed schedule for completing all remaining discovery is as follows:**

| | | |
|---|---|---|
| 1. | Last date to complete discovery: | February 5, 2016 |
| 2. | Last date to amend pleadings and add parties: | November 9, 2015 |
| 3. | FRCP 26(a) Disclosures (Experts): | December 7, 2015 |
| 4. | FRCP 26(a) Disclosures (Rebuttal Experts): | January 6, 2015 |
| 5. | LR 26-3 Interim Status Report: | December 7, 2015 |
| 6. | Last date to file dispositive motions: | March 7, 2016 |
| 7. | Last date to file Joint Pretrial Order: | 30 days before trial |

///
///
///
///
///
///
///

(signatures begin on next page)

DATED this 19th day of June, 2015.

                      **LEWIS BRISBOIS BISGAARD & SMITH** LLP

                      By   /s/ Marc Cwik
                          MARC S. CWIK, ESQ.
                          Nevada Bar No. 006946
                          CHERYL A. GRAMES, ESQ.
                          Nevada Bar No. 012752
                          6385 S. Rainbow Boulevard, Suite 600
                          Las Vegas, Nevada 89118
                          Tel. 702.893.3383
                          Attorneys for Defendant KENNETH G. FRIZZELL, III

DATED this 19th day of June, 2015.

                      **GREENBERG TRAURIG,** LLP

                      By   /s/ Nancy Ayala
                          MARK G. TRATOS, ESQ
                          Nevada Bar No. 001086
                          NANCY R. AYALA, ESQ.
                          Nevada Bar No. 007146
                          3773 Howard Hughes Pkwy, Ste. 400 N.
                          Las Vegas, Nevada 89169
                          Tel. 702.792.3773
                          Attorneys for Lloyd Brooks Compton

///
///
///
///
///
///
///

(signatures continued on next page)

DATED this 19th day of June, 2015.

**LAW OFFICES OF KENNETH G. FRIZZELL, III, INC.**

By     */s/ Kenneth Frizzell*
KENNETH G. FRIZZELL, III, ESQ
Nevada Bar No. 006380
619 South Sixth Street
Las Vegas, Nevada 89101
Tel. 702.366.1230
Attorney for Law Offices of Kenneth G. Frizzell, III, Inc. and Third Party Defendant Kenneth G. Frizzell, III, Esq.

DATED this 19th day of June, 2015.

**LAW OFFICES OF JOHN BENEDICT**

By     */s/ John Benedict*
JOHN BENEDICT, ESQ.
Nevada Bar No. 005581
BRIAN R. DZIMINSKI, ESQ.
Nevada Bar No. 008436
2190 E. Pebble Road, Suite 260
Las Vegas, Nevada 89123
Tel. 702.333.3770
Attorneys for George and Katina Gatchis

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: 6/22/15

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 19th day of June, 2015, I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING DEADLINES (FIRST REQUEST)** to be served via the **CM/ECF** filing system and via **U.S. Mail** to all parties on the service list.

| Attorney | Party | Phone/Fax |
|---|---|---|
| Mark G. Tratos, Esq.<br>Nancy R. Ayala, Esq.<br>Bethany L. Rabe, Esq.<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway,<br>Suite 400 N<br>Las Vegas, NV 89169 | Attorneys for Plaintiff, Defendant, Counterclaimant and Third-Party Plaintiff Lloyd Brooks Compton | (702) 792-3773<br>(702) 792-9002 Fax |
| Kenneth Frizzell, III, Esq.<br>Law Offices of Kenneth G. Frizzell, III, Inc.<br>619 South 6th Street<br>Las Vegas, NV 89101 | Attorneys for Plaintiff, Counterdefendant Law Offices of Kenneth G. Frizzell, III, Inc. and Third-Party Defendant Kenneth G. Frizzell, III, Esq. | (702) 366-1230<br>(702) 384-9961 Fax |
| John Benedict, Esq.<br>Brian R. Dziminski, Esq.<br>Law Offices of John Benedict<br>2190 East Pebble Road, Suite 260<br>Las Vegas, NV 89123 | Attorneys for Plaintiffs George Gatchis and Katina Gatchis | (702) 333-3770<br>(702) 361-3685 Fax |
| Janice E. Smith, Esq.<br>c/o Price Law Group<br>420 South Jones Boulevard<br>Las Vegas, NV 89107 | Janice E. Smith, Esq. (Has Not Formally Appeared) | (702) 794-2008<br>(702) 794-2009 Fax |

By _____
Judy Mathe, An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4821-4396-8293.1

7